UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSACHUSETTS FINANCIAL SERVICES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MFS LIMITED, MFS AQUA MANAGERS LIMITED, and MFS BOSTON LIMITED,<br><br>Defendants. | )<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Massachusetts Financial Services Company ("MFS"), by its undersigned counsel, files this corporate disclosure statement.

MFS is a non-governmental corporate entity. Over 10% of MFS's stock is owned by its parent corporation, Sun Life of Canada (U.S.) Financial Services Holdings Inc. Sun Life of Canada (U.S.) Financial Services Holdings Inc. is a wholly-owned indirect subsidiary of Sun Life Financial Inc. Sun Life Financial Inc. does not have a parent corporation and no single shareholder owns 10% or more of its stock.

Dated: New York, New York
       November 20, 2007

Respectfully submitted,

By: _____
Alexandra McTague (AM-1633)
Ross E. Firsenbaum (RF-6306)
WILMER CUTLER PICKERING

US1DOCS 6448670v1

HALE AND DORR
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
alexandra.mctague@wilmerhale.com
ross.firsenbaum@wilmerhale.com

*and*

Mark G. Matuschak (*of counsel*)
Gregory P. Teran (*of counsel*)
WILMER CUTLER PICKERING
   HALE AND DORR
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
mark.matuschak@wilmerhale.com
gregory.teran@wilmerhale.com

US1DOCS 6448670v1