USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MASSACHUSETTS FINANCIAL SERVICES
COMPANY,

                Plaintiff,          :    07 Civ. 10497 (SAS)

     v.

MFS LIMITED, MFS AQUA MANAGERS    :    **STIPULATION AND ORDER**
LIMITED and MFS BOSTON LIMITED,

                Defendants.
------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the time for all defendants to answer or otherwise move with respect to the Complaint is hereby extended until January 23, 2008.

Dated: New York, New York      WILMER CUTLER PICKERING HALE AND DORR
       December 13, 2007         Attorneys for Plaintiff

                                       By: _____
                                          Alexandra McTague (AM 1633)
                                          Ross E. Firsenbaum (RF 6306)
                                399 Park Avenue
                                New York, New York 10022
                                (212) 230-8800

Dated: New York, New York     COWAN, LIEBOWITZ & LATMAN, P.C.
       December 13, 2007         Attorneys for Defendants

                                       By: _____
                                          Richard S. Mandel (RM-4884)
                                1133 Avenue of the Americas
                                New York, New York 10036-6799
                                (212) 790-9200

SO ORDERED this 17
day of December, 2007

_____
   U.S.D.J.

Shira A. Scheindlin, USDJ

23678/000/797424.1