UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSACHUSETTS FINANCIAL SERVICES<br>                 Plaintiff / Petitioner<br><br>VS.<br>MFS LIMITED, MFS AQUA MANAGERS LIMITED,<br>AND MFS BOSTON LIMITED<br>                 Defendant / Respondent | Cause #: 07 CV 10497<br><br>Affidavit of Service of:<br>SUMMONS IN A CIVIL ACTION; COMPLAINT; 7.1 DISCLOSURE STATEMENT; ASSIGNED JUDGES INDIVIDUAL RULES; ECF PROCEDURES<br><br>Hearing Date:<br>Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, ~~a citizen of the United States and~~ over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of _30th November 2007 at 1348 hrs_ at the address of _7-9 Fanshawe Street Viaduct Harbour_ city of _Auckland_, county of _New Zealand_, state of _-_, this affiant served the above described documents upon:

**MFS Boston**

☐ **Personal Service**
    by then and there personally delivering _____ true and correct copy(ies) thereof.

☒ **Corporate Service**
    by then and there personally delivering _1_ true and correct copy(ies) thereof, by then presenting to and leaving the same with _Brian Thompson, General Manager of Operations for MFS Boston_.
                                                     Person Receiving Documents and Their Title

☐ **Substituted/Residential Service**
    by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____,
a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

_Jason Paul Bischkopf_
Typed or Printed Name of Process Server

_[signature]_
Server Signature

Subscribed and Sworn to before me this _30th_ day of _November 2007_
a Notary Public in the ~~State of~~ _County of NEW ZEALAND_
Residing at _Auckland_

Physical Description of Subject Served
Race: _Caucasian_ Age: _50_ Height: _6'1_
Weight: _12 stone_ Hair: _Brown/Grey_ Eyes: _Dark_

_[notary signature and seal]_
_Jason_
_Notary Public_
_Auckland N.Z._
_My Commission is permanent_

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4973156

ORIGINAL
PROOF OF SERVICE

WILMER CUTLER PICKERING HALE AND DORR

2474