# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSACHUSETTS FINANCIAL SERVICES<br>Plaintiff / Petitioner | Cause #:   07 CV 10497 |
| | Affidavit of Service of: |
| VS.<br>MFS LIMITED, MFS AQUA MANAGERS LIMITED,<br>AND MFS BOSTON LIMITED<br>Defendant / Respondent | SUMMONS IN A CIVIL ACTION; COMPLAINT; 7.1 DISCLOSURE STATEMENT; ASSIGNED JUDGES INDIVIDUAL RULES; ECF PROCEDURES |
| | Hearing Date:<br>Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, ~~a citizen of the United States and~~ over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of __4th December 2007 @ 11:55am__ at the address of __5 Hicks Street__

_____ city of __Southport__, county of __Australia__,

state of __Queensland__, this affiant served the above described documents upon:

**MFS Limited**

☐ **Personal Service**
by then and there personally delivering _____ true and correct copy(ies) thereof.

☑ **Corporate Service**
by then and there personally delivering __1__ true and correct copy(ies) thereof, by then presenting to and leaving the same with __Rob Marino, Legal Section__.
<sub>Person Receiving Documents and Their Title</sub>

☐ **Substituted/Residential Service**
by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____,
a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

__GRAEME WILLIAM NEVILLE__
<sub>Typed or Printed Name of Process Server</sub>                                 <sub>Server Signature</sub>

Subscribed and Sworn to before me this __6th__ Day of __December 2007__

a Notary Public in the State of __Queensland__
Residing at __136 Harvey St North, Eagle Farm__
__Queensland 4009__
__Australia__   Travis Richard Patrick Carter
Justice of the Peace (Qualified) 98991
36 Harvey St North, Eagle Farm Q 4009
Ph: 07 3868 4558 (Bus Hours)

Physical Description of Subject Served
Race: Caucasian Age: 35 Height: 175cm
Weight: 80kg Hair: Black Eyes: Brown

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4973158

**ORIGINAL**
**PROOF OF SERVICE**

WILMER CUTLER PICKERING HALE
AND DORR



633 Yesler Way Seattle, WA 98104    www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

# PROCESS SERVICE INVOICE

Bill To:
**WILMER CUTLER PICKERING HALE AND DORR**
**399 PARK AVENUE**
**NEW YORK, NY 10022**

Account #: 102412          Phone: 212 230 8891
Client Attn:
Order Attn: CHRIS CARRION

INVOICE #: **4973158**



DATE:        Dec 17 2007
BILL REF:

**AMOUNT DUE : $0.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK |
| CASE NAME: | MASSACHUSETTS FINANCIAL SERVICES   vs. MFS LIMITED, MFS AQUA MANAGERS LIMITED, AND MFS BOSTON LIMITED |
| CASE NUMBER: | 07 CV 10497          HEARING DATE: |
| SERVEE: | MFS Limited |
| PERSON SERVED: | ROB MARINO, LEGAL SECTION |
| SERVICE DATE: | Dec  4 2007 11:55AM     SERVED BY: |
| SERVICE ADDRESS: | 5 HICKS STREET SOUTHPORT, QUEENSLAND AUSTRALIA |
| DOCUMENTS: | SUMMONS IN A CIVIL ACTION; COMPLAINT; 7.1 DISCLOSURE STATEMENT; ASSIGNED JUDGES INDIVIDUAL RULES; ECF PROCEDURES |
| SERVICE NOTE | |

BAD ADDRESS LIST

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| International Services | | 650.00 |
| | SUB TOTAL | 650.00 |
| | PREPAID RETAINER | 650.00 |
| | AMOUNT DUE | 0.00 |