# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSACHUSETTS FINANCIAL SERVICES<br>　　　　　　　　　　Plaintiff / Petitioner | Cause #:   07 CV 10497 |
| | Affidavit of Service of: |
| VS.<br>MFS LIMITED, MFS AQUA MANAGERS LIMITED,<br>AND MFS BOSTON LIMITED<br>　　　　　　　　　　Defendant / Respondent | SUMMONS IN A CIVIL ACTION; COMPLAINT; 7.1<br>DISCLOSURE STATEMENT; ASSIGNED JUDGES<br>INDIVIDUAL RULES; ECF PROCEDURES |
| | Hearing Date: |
| | Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, ~~a citizen of the United States and~~ over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of __4th December 2007 @ 11:55am__ at the address of __5 Hicks Street__ _____ city of __Southport__, county of __Australia__, state of __Queensland__, this affiant served the above described documents upon:

**MFS Aqua Managers Limited**

☐ **Personal Service**
　　by then and there personally delivering ____ true and correct copy(ies) thereof.

☑ **Corporate Service**
　　by then and there personally delivering __1__ true and correct copy(ies) thereof, by then presenting to and leaving the same with __ROB MARINO, LEGAL SECTION__.
　　　　　　　　　　　　　　　　　　　　　　　　Person Receiving Documents and Their Title

☐ **Substituted/Residential Service**
　　by then and there personally delivering ____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____,
　　a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

__GRAEME WILLIAM NEVILLE__　　　　　　　　　　__[signature]__
Typed or Printed Name of Process Server　　　　　　　　Server Signature

Subscribed and Sworn to before me this 6th __Travis Richard Patrick Carter__ __day of December 2007__
　　　　　　　　　　　　Justice of the Peace (Qualified) 88991
　　　　　　　　　　　　36 Harvey St North, Eagle Farm Q 4009
a Notary Public Ph: 07 3868 4558 (Bus Hours) Australia
Residing at __136 Harvey St North, Eagle Farm Queensland 4009 Australia__

Physical Description of Subject Served
Caucasian Age: 35  Height: 175cm
Weight: 80kg  Hair: Black  Eyes: Brown

---

ABC Legal Services, Inc.　　　　　　　　**ORIGINAL**　　　　　　　　WILMER CUTLER PICKERING HALE
206 521-9000　　　　　　　　　　　　**PROOF OF SERVICE**　　　　　　AND DORR
Tracking #: 4973157

**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854   206 521-9000   fax: 800 734-6859

# PROCESS SERVICE INVOICE

Bill To:
WILMER CUTLER PICKERING HALE AND DORR
399 PARK AVENUE
NEW YORK, NY 10022

Account #: 102412   Phone: 212 230 8891
Client Attn:
Order Attn: CHRIS CARRION

INVOICE #: 4973157

DATE: Dec 17 2007
BILL REF:

**AMOUNT DUE : $0.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK |
| CASE NAME: | MASSACHUSETTS FINANCIAL SERVICES vs. MFS LIMITED, MFS AQUA MANAGERS LIMITED, AND MFS BOSTON LIMITED |
| CASE NUMBER: | 07 CV 10497    HEARING DATE: |
| SERVEE: | MFS Aqua Managers Limited |
| PERSON SERVED: | ROB MARINO, LEGAL SECTION |
| SERVICE DATE: | Dec 4 2007 11:55AM    SERVED BY: |
| SERVICE ADDRESS: | 5 HICKS STREET SOUTHPORT, QUEENSLAND AUSTRALIA |
| DOCUMENTS: | SUMMONS IN A CIVIL ACTION; COMPLAINT; 7.1 DISCLOSURE STATEMENT; ASSIGNED JUDGES INDIVIDUAL RULES; ECF PROCEDURES |

SERVICE NOTE

BAD ADDRESS LIST

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| International Services | | 650.00 |
| | SUB TOTAL | 650.00 |
| | PREPAID RETAINER | 650.00 |
| | AMOUNT DUE | 0.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Page 1 of 1
OR_PFI_INV