UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSACHUSETTS FINANCIAL SERVICES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MFS LIMITED, MFS AQUA MANAGERS LIMITED, and MFS BOSTON LIMITED,<br><br>Defendants. | Civil Action No. 07-10497<br><br>ORDER |

IT IS HEREBY ORDERED, that Mark G. Matuschak and Gregory P. Teran, both attorneys at Wilmer Cutler Pickering Hale and Dorr LLP and duly admitted to practice law in the Commonwealth of Massachusetts, shall be granted pro hac vice admission.

Dated: New York, New York
December 20, 2007

IT IS SO ORDERED:

_____
THE HONORABLE SHIRA SCHEINDLIN
UNITED STATES DISTRICT JUDGE

December 21, 2007

USIDOCS 6480863v1