Seerdkin, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

| | |
|---|---|
| MASSACHUSETTS FINANCIAL SERVICES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MFS LIMITED, MFS AQUA MANAGERS LIMITED, and MFS BOSTON LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-10497 (SAS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Massachusetts Financial Services Company hereby voluntarily dismisses the above-captioned action without prejudice.

MASSACHUSETTS FINANCIAL SERVICES COMPANY,

By its attorneys,

_____
WILMER CUTLER PICKERING
HALE AND DORR LLP

Alexandra McTague (AM 1633)
Ross E. Firsenbaum (RF 6306)

399 Park Avenue
New York, NY 10022
Tel. (212) 230-8800
Fax: (212) 230-8888
Email: Alexandra.McTague@wilmerhale.com

*and*

Mark G. Matuschak (*pro hac vice*)
Gregory P Teran (*pro hac vice*)

60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Massachusetts*
*Financial Services Company*

Dated: April 2, 2008

Date:
April 4, 2008

*[signature]*
Shira A Scheindlin
USDJ

## CERTIFICATE OF SERVICE

I, Ross E. Firsenbaum, an attorney, hereby certify that on Wednesday, April 2, 2008, I caused to be served by Federal Express, a true and correct copy of the attached Notice of Voluntary Dismissal, on the individual shown below:

| | |
|---|---|
| Richard S. Mandel<br>COWAN, LIEBOWITZ & LATMAN, P.C.<br>1133 Avenue of the Americas<br>New York, NY 10036-6799<br>*Counsel for Defendants MFS Limited, MFS Aqua Managers Limited, and MFS Boston Limited* | |
| Dated: April 2, 2008<br>New York, New York | _____<br>Ross E. Firsenbaum |